IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:08-cr-00150-1 |
| v. | ) | |
| | ) | Judge Nixon |
| MAURICE EUGENE BOYD | ) | |

## ORDER

Pending before the Court is Defendant's Motion for Leave to File Pleading Under Seal (Doc. No. 77), which pertains to a document (Doc. No. 78). The Court **GRANTS** Defendant's motion (Doc. No. 77); the aforementioned document (Doc. No. 78) may be filed under seal.

Also pending is Defendant's Motion to Continue (Doc. No. 76) in which Defendant requests the Court to continue the supervised release revocation hearing currently set for June 23, 2015. Defendant states that the United States does not object to the requested continuance. (*Id.*) The Court **GRANTS** the motion (Doc. No. 76) and hereby **CONTINUES** the supervised release revocation hearing to **Thursday, July 30, 2015** at **10:30 a.m.**

It is so ORDERED.

Entered this the 22nd day of June, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT